SHARON A. URIAS (SBN 0180642)
Sharon.urias@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (480) 306-5458
Facsimile: (480) 306-5459

BETH-ANN E. KRIMSKY (*Pro Hac Vice*)
beth-ann.krimsky@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 3330
Tel: (954) 527-2427
Fax: (954) 333-4027

*Attorneys for Plaintiff Optima Tax Relief, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMA TAX RELIEF, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>UNITED TAX DEFENSE, LLC, a California Limited Liability Company; and DOES 1 through 20<br><br>Defendants. | Case No. 8:24-cv-02374-DOC-ADS<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Plaintiff Optima Tax Relief, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to this Court's Minute Entry Order to Show Cause re: Dismissal for Lack of Prosecution dated December 19, 2024 (Doc. 18), shows there is good cause why the case should not be dismissed for lack of prosecution, as follows:

1. Plaintiff filed its Complaint on October 31, 2024. (Doc. 1).

2. On November 6, 2024, the court issued a Summons (Doc. 12) for service upon Defendant United Tax Defense, LLC ("Defendant").

3. On November 22, 2024, Defendant was served with the Summons and Complaint. An executed Proof of Service was filed the same day. (Doc. 15.)

4. Accordingly, Defendant's responsive pleading was due on or before December 13, 2024.

5. On December 17, 2024, Plaintiff filed an Application for Entry of Clerk's Default against Defendant. (Doc. 16).

6. On December 18, 2024, the Clerk of Court entered a default against Defendant. (Doc. 17).

7. Plaintiff's counsel is in the process of preparing a Motion for Default Judgment against Defendant.

THEREFORE, Plaintiff respectfully requests that the Court not dismiss this case, and that the instant action remain open allowing Plaintiff until January 31, 2025 to file its Motion for Default Judgment.

Dated: December 19, 2024

    Respectfully submitted,

    **GREENSPOON MARDER LLP**

    By: */s/ Sharon A. Urias*
        Sharon A. Urias
        *Attorneys for Plaintiff Optima Tax Relief, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ Sharon A. Urias*