SHARON A. URIAS (SBN 0180642)
Sharon.urias@gmlaw.com
AZADEH GOWHARRIZI (SBN 233938)
Azadeh.gowharrizi@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (480) 306-5458
Facsimile: (480) 306-5459

BETH-ANN E. KRIMSKY (*Pro Hac Vice*)
beth-ann.krimsky@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 3330
Tel: (954) 527-2427
Fax: (954) 333-4027

*Attorneys for Plaintiff Optima Tax Relief, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTIMA TAX RELIEF, LLC, a Delaware Limited Liability Company<br><br>    Plaintiff,<br><br>v.<br><br>UNITED TAX DEFENSE, LLC, a California Limited Liability Company; and DOES 1 through 20<br><br>    Defendants. | Case No. 8:24-cv-02374-DOC-ADS<br><br>**DECLARATION OF SHARON A. URIAS REGARDING PLAINTIFF'S ATTORNEYS' FEES AND COSTS** |

I, Sharon A. Urias, declare as follows:

1.  I am a partner at the law firm Greenspoon Marder LLP and counsel for Plaintiff Optima Tax Relief, LLC ("Plaintiff" or "Optima") in this action. I have personal knowledge of the following facts and am competent to attest to the matters set forth herein.

1

2. This declaration sets forth the total amount of attorneys' fees and costs requested by Plaintiff in connection with the Motion for Default Judgment against Defendant United Tax Defense, LLC ("Defendant" or "UTD") (Doc. 22) granted by the Court (Doc. 23) on February 21, 2025.

3. I am licensed to practice law in Arizona and California. I graduated from Loyola Law School of Los Angeles in 1995 where I was a Note and Comment Editor on the Loyola Law Review. I was admitted to the State Bar of California in 1995 and am a member in good standing. I was admitted to the State Bar of Arizona in 1996 and am a member in good standing.

4. To the best of my recollection, I handled my first federal case in 1997 in the United States District Court for the Central District of California. I am admitted to practice in the following federal district courts: the Central District of California, the Southern District of California, the Eastern District of California, the Northern District of California, Arizona District Court, the Southern District of Texas and the District of Colorado. I also am admitted to practice before the Ninth Circuit Court of Appeals. I have been admitted pro hac vice in other federal district courts, including the Middle District of Louisiana, the Eastern District of Texas and the Middle District of Florida.

5. I have been a partner with the Firm since April 2018. From 2007 until April 2018, I was the managing partner of Urias Law Offices, PLLC. Prior to that time, I was a partner at the former international law firm Thelen Reid Brown Raysman & Steiner LLP for approximately 8 years. Prior to Thelen, I was employed as an associate by Hirschmann Law Group for approximately 4 years. Throughout all the years of my practice, I have practiced in the area of commercial litigation, and I have been handling trademark-related disputes and lawsuits since approximately 2003.

6. My hourly rate for this matter in 2024 was $735.00. My current hourly rate is $825.00. This hourly rate is less than those charged by similar firms in the Los Angeles area by attorneys with my background and experience.

7. I am lead counsel for this case and in that capacity, I coordinated case strategy, managed the associates working on the case, and reviewed and revised the Motion for Default Judgment papers. I assigned certain tasks to an associate or paralegal that I believed would be more cost-effective and economical to perform, and duplicate work was avoided.

8. Beth-Ann Krimsky, a partner with the Firm, worked on various tasks relevant to this matter, as reflected in Exhibit A (discussed below). Ms. Krimsky filed her application to appear *pro hac vice* on November 12, 2024 (Doc. 13), which was granted by the Court on November 20, 2024 (Doc. 14). Ms. Krimsky graduated from Harvard Law School in 1989 and was admitted to the State Bar of New York in February 1990 and the State Bar of Florida in December 1992. For this case, her hourly billing rate was $820.00 in 2024 and $920.00 in 2025, which is comparable to those rates charged by similar firms in Fort Lauderdale, Florida for lawyers of her experience and skills.

9. Azadeh Gowharrizi, an associate, worked on various tasks relevant to this matter. Ms. Gowharrizi filed a Notice of Appearance of Counsel in this matter on January 16, 2025 (Doc. 21). Ms. Gowharrizi graduated from Stanford Law School in 2005 where she was an Articles Editor of the Stanford Law Review. She was admitted to the State Bar of California in December 2005 and is admitted to practice in the Central District of California. Her billing rate on this matter is also $650.00, which is lower than those rates charged by similar firms in Los Angeles for lawyers of her experience and skills.

10. Barbara Croutch, senior counsel for the Firm, also worked on various tasks relevant to this matter. Ms. Crouch graduated from Loyola Law School in 1990 and was admitted to the State Bar of California in 1990 and the State Bar of Texas in 2011. For this case, her hourly billing rate was $725.00 in 2024 and $875.00 in 2025, which is

comparable to those rates charged by similar firms in Los Angeles, California for lawyers of her experience and skills.

11. Gavin Strube, senior counsel for the Firm, also worked on various tasks relevant to this matter. Mr. Strube graduated from Pace University School of Law in 2016 and was admitted to the State Bar of New York in 2017. For this case, his hourly billing rate was $545.00, which is comparable to those rates charged by similar firms in New York, NY for lawyers of his experience and skills.

12. In addition, my former associate, Daniel Nageotte, worked on various tasks relevant to this matter. Mr. Nageotte attended Arizona State University School of Law and was admitted to the State Bar of Arizona in October 2019 and is a member in good standing. For this case, his hourly billing rate was $455.00, which is comparable to those rates charged by similar firms in the Phoenix/Scottsdale area for lawyers of his experience and less than those charged by associates with his experience and skills in Los Angeles, California.

13. My certified paralegal, Marlee Grayson, also performed work on this matter. Ms. Grayson has been a certified paralegal for over five years and has been employed by the Firm for more than two years. Her hourly rate for this matter was $205.00 in 2024 and $230.00 in 2025, which is consistent with the hourly billing rates charged for legal services by other paralegals with her experience and skills in the Maricopa County, Arizona legal community and less than those charged by other paralegals with her experience and skills in Los Angeles, California.

14. Paralegals Rene Vazquez and Gabby Mangar also performed work on this matter. Their hourly rates for this matter were $285.00, which is consistent with the hourly billing rates charged for legal services by other paralegals with their experience and skills in the Fort Lauderdale, Florida legal community.

15. Timekeepers keep track of time on a daily basis as work is performed by entering the time into the firm's computerized billing program, Elite. The program then

generates bills that are sent to clients for payment on a monthly basis reflecting each timekeeper's hourly rate, time spent and fees billed. This is the Firm's standard billing practice.

16. Attached as Exhibit A to this Declaration is a true and correct copy of a spreadsheet compiled from Elite that reflects time spent by my firm in connection with this matter. All of the time entries included on Exhibit A have been charged, or will be charged, to Optima.

17. In total, Optima has incurred $51,044.50 with the Firm in connection with this matter. These fees do not include the time spent by me, and the costs incurred by Optima, in connection with preparation of this Declaration and Exhibit A.

18. I have reviewed and approved the time and charges set forth in Exhibit A, which were reasonable and necessary under the circumstances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2025

_Sharon Urias_
Sharon A. Urias