SHARON A. URIAS (SBN 0180642)
Sharon.urias@gmlaw.com
AZADEH GOWHARRIZI (SBN 233938)
Azadeh.gowharrizi@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (480) 306-5458
Facsimile: (480) 306-5459

BETH-ANN E. KRIMSKY (*Pro Hac Vice*)
beth-ann.krimsky@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 3330
Tel: (954) 527-2427
Fax: (954) 333-4027

*Attorneys for Plaintiff Optima Tax Relief, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMA TAX RELIEF, LLC, a Delaware Limited Liability Company<br><br>      Plaintiff,<br><br>v.<br><br>UNITED TAX DEFENSE, LLC, a California Limited Liability Company; and DOES 1 through 20<br><br>      Defendants. | Case No. 8:24-cv-02374-DOC-ADS<br><br>(Case Assigned to the Hon. David O. Carter)<br><br>**JUDGMENT AGAINST DEFENDANT UNITED TAX DEFENSE, LLC  [32]** |

The Court, upon consideration of Plaintiff Optima Tax Relief, LLC's ("Plaintiff") Request for Entry of Judgment against Defendant United Tax Defense, LLC ("Defendant") and evidence on file in this matter and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that:

A.  Plaintiff's Request for Entry of Judgment is GRANTED.

B.  Judgment is ENTERED in favor of Plaintiff and against Defendant in the amount of $51,044.50 for attorneys' fees and $1,006.28 of taxable costs, for a sum total of $52,050.78, with interest to accrue at the rate of 4.0% per annum from the date of entry of judgment until paid in full.

**IT IS SO ORDERED.**

DATED this 18th day of July, 2025.

*/s/ David O. Carter*
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE